UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc. ) | Case No.: **03cv12288 RWZ** |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S REQUEST** |
| vs. ) | **FOR ENTRY OF DEFAULT** |
| ) | |
| Robert Viera ) | |
| ) | |
| Defendant ) | |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **Robert Viera**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

_____          _____
Date                                            John M. McLaughlin (BBO: 556328)
                                                **MCLAUGHLIN SACKS, LLC**
                                                31 Trumbull Road
                                                Northampton, MA 01060
                                                (413) 586-0865

Page    1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ____ day of _____, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Robert Viera
35 Longmeadow Rd.
Taunton, MA

_____
John M. McLaughlin, Esq.