UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DirectTV, Inc
_____
Plaintiff

V.

Robert Viera
_____
Defendant

CIVIL ACTION

NO. 03-cv-12288-awz

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Direct TV _____ for an order of Default for failure of the Defendant, Robert Viera _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 23rd day of March, 2004.

TONY ANASTAS
CLERK OF COURT

By: /s/ Jay Palmer
Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 12/98)                                              [ntcdflt.]